IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| REGINA M. LEO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. _____ |
| ) | |
| AHMED S. J. AL NASER, MUNA S. M. N. ) | |
| AL NAJADI, and STATE OF KUWAIT ) | |
| ) | |
| Defendants. ) | |

## *EX PARTE* MOTION FOR LEAVE TO FILE COMPLAINT WITHOUT INCLUDING PLAINTIFF'S ADDRESS

Plaintiff Regina Mary Leo respectfully moves this Court for leave to file her Complaint in the above-captioned matter without including in the caption Plaintiff's "full residence address," as required by Local Civil Rule 5.1(e)(1).

Plaintiff brings this action against Defendants for, *inter alia*, trafficking her into the United States under false pretenses and for subjecting her to slavery-like conditions through physical and psychological abuse. Plaintiff further seeks the agreed-upon pay for labor and the statutory minimum payment for such labor. Plaintiff also seeks damages for various state law causes of action, including breach of contract, battery, and false imprisonment.

Defendants forced Plaintiff to work for negligible to no pay in violation of United States law and compelled Plaintiff to work through physical, mental, and legal coercion, including physical abuse, threats of physical harm and psychological abuse.

Plaintiff was forced to escape the home of Defendant Brigadier General Ahmed S. J. Al Naser and Defendant Muna S. M. N. Al Najadi in part because she had been physically harmed

and feared further physical harm.

Plaintiff continues to fear for her safety should the Defendants discover Plaintiff's current whereabouts and/or residential address. Accordingly, the Court should grant her leave to exclude her full residence address from the Complaint.

Dated: July 22, 2008

Respectfully submitted,

*/s/ Michael I. Coe*
Shari Ross Lahlou (D.C. Bar No. 476630)
Michael I. Coe (D.C. Bar No. 479231)
Bethany M. Wimsatt (D.C. Bar No. 491008)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

Anya Sykes (D.C. Bar No. 399291)
AYUDA
1707 Kalorama Road, N.W.
Washington, D.C. 20009
(202) 387-4848

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| REGINA M. LEO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. _____ |
| ) | |
| AHMED S. J. AL NASER, MUNA S. M. N. ) | |
| AL NAJADI, and STATE OF KUWAIT ) | |
| ) | |
| Defendants. ) | |

## ORDER

UPON CONSIDERATION of Plaintiff's *Ex Parte* Motion For Leave To File Complaint Without Including Plaintiff's Address, and information referred to therein, and it appearing to the Court that the motion should be granted, it is this \_\_\_\_\_ day of _____, 2008, hereby

ORDERED that the Motion be, and it hereby is, GRANTED; and it is

FURTHER ORDERED that Plaintiff's Complaint is accepted for filing without disclosing Plaintiff's full residence address.

_____
United States District Judge