FILED
JUL 22 2008
Clerk, U.S. District and
Bankruptcy Courts

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REGINA M. LEO, <br><br> Plaintiff, <br><br> v. <br><br> AHMED S. J. AL NASER, MUNA S. M. N. AL NAJADI, and STATE OF KUWAIT <br><br> Defendants. | Civil Action No. 08 1263 |

## ORDER

UPON CONSIDERATION of Plaintiff's *Ex Parte* Motion For Leave To File Complaint Without Including Plaintiff's Address, and information referred to therein, and it appearing to the Court that the motion should be granted, it is this 22nd day of July, 2008, hereby

ORDERED that the Motion be, and it hereby is, GRANTED; and it is

FURTHER ORDERED that Plaintiff's Complaint is temporarily accepted for filing without disclosing Plaintiff's full residence address, subject to de novo review by the assigned judge.

_Royce C. Lamberth_
United States District Judge