IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REGINA M. LEO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AHMED S. J. AL NASER, MUNA S. M. N. )<br>AL NAJADI, and STATE OF KUWAIT )<br>)<br>Defendants. )<br>) | Civil Action No. 08-1263<br><br>Judge Ricardo M. Urbina |

**NOTICE OF APPEARANCE AND**
**ATTORNEY CERTIFICATION PURSUANT TO LOCAL CIVIL RULE 83.2(g)**

The undersigned counsel, Bethany M. Wimsatt, hereby (1) gives notice of her appearance as counsel for plaintiff in the above-captioned case, and (2) certifies pursuant to Local Civil Rule 83.2(g) that she is a member in good standing of the District of Columbia Bar and the Maryland State Bar and is providing representation to plaintiff without compensation.

Dated: July 30, 2008

Respectfully submitted,

  /s/ Bethany M. Wimsatt
Bethany M. Wimsatt (D.C. Bar No. 491008)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

Counsel for Plaintiff