IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REGINA M. LEO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-1263 |
| ) | |
| AHMED S. J. AL NASER, MUNA S. M. N. ) | Judge Ricardo M. Urbina |
| AL NAJADI, and STATE OF KUWAIT ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF APPEARANCE AND
ATTORNEY CERTIFICATION PURSUANT TO LOCAL CIVIL RULE 83.2(g)**

The undersigned counsel, Michael I. Coe, hereby (1) enters his appearance as one of the counsel for plaintiff in the above-captioned case, and (2) certifies pursuant to Local Civil Rule 83.2(g) that he is a member in good standing of the District of Columbia Bar and the Virginia State Bar and is providing representation to plaintiff without compensation.

Dated: July 30, 2008

Respectfully submitted,

*/s/ Michael I. Coe*
Michael I. Coe (D.C. Bar No. 479231)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

Counsel for Plaintiff