AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Regina M. Leo,

      Plaintiff(s)    )  **APPEARANCE**

vs.    )  CASE NUMBER  1:08-cv-01263-RMU

Ahmed S.J. Al Naser, Muna S.M.N.
Al Najadi, and State of Kuwait,
      Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of  Neil H. Koslowe, Shearman & Sterling LLP  as counsel in this
      (Attorney's Name)

case for: Ahmed S.J. Al Naser, Muna S.M.N. Al Najadi, and State of Kuwait
      (Name of party or parties)

August 12, 2008
Date

_____ /s/ _____
Signature

Neil H. Koslowe, Shearman & Sterling LLP
Print Name

D.C. Bar No. 361792
BAR IDENTIFICATION

801 Pennsylvania Avenue, N.W.
Address

Washington, D.C.   20004
City   State   Zip Code

202-508-8000
Phone Number