AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Regina M. Leo,

    Plaintiff(s)

vs.

Ahmed S.J. AL Naser, Muna S.M.N. A Najadi, and State of Kuwait,
    Defendant(s)

**APPEARANCE**

CASE NUMBER   1:08-cv-01263-RMU

To the Clerk of this court and all parties of record:

Please enter the appearance of  Amanda Shafer Berman, Shearman & Sterling LLP  as counsel in this
    (Attorney's Name)

case for: Ahmed S.J. Al Naser, Muna S.M.N. Al Najadi, and the State of Kuwait
    (Name of party or parties)

August 13, 2008
Date

D.C. Bar No. 497860
BAR IDENTIFICATION

_[signature]_
Signature

Amanda Shafer Berman, Shearman & Sterling LLP
Print Name

801 Pennsylvania Ave., NW
Address

Washington, D.C. 20004
City   State   Zip Code

202-508-8000
Phone Number