UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REGINA M. LEO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No.: 08-CV-01263 (RMU) |
| | ) |
| AHMED S.J. AL NASER, MUNA S.M.N. | ) |
| AL NAJADI, and STATE OF KUWAIT, | ) |
| | ) |
| Defendants. | ) |
| | ) |

### PLAINTIFF REGINA M. LEO'S
### MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Regina M. Leo, by and through her undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(i) hereby moves to voluntarily dismiss her Complaint in the above-captioned matter. In support of its motion, Ms. Leo states as follows:

1. On July 22, 2008, Ms. Leo filed a Complaint in the above-captioned matter in the United States District Court for the District of Columbia, alleging certain claims against Defendants Ahmed S.J. Al Naser, Muna S.M.N. Al Najadi and the State of Kuwait.

2. On May 16, 2011, Ms. Leo and Defendants entered into a settlement agreement wherein Ms. Leo released all claims and rights against Defendants arising out of or relating to this matter.

3. Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure provides that a plaintiff may voluntarily dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."

4. Defendants have not filed an answer or a motion for summary judgment.

5. Ms. Leo wishes to voluntarily dismiss this action in light of the settlement agreement.

WHEREFORE, Ms. Leo respectfully requests that the Court enter an order voluntarily dismissing this matter pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Respectfully submitted,

   /s/ Guy S. Neal

COUNSEL FOR REGINA M. LEO
Guy S. Neal (DC Bar No. 441748)
SIDLEY AUSTIN LLP
1501 K St.  NW
Washington, D.C. 20005
Telephone: (202)-736-8041
E-mail: gneal@sidley.com

Dated:    June 1, 2011

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REGINA M. LEO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 08-CV-01263 (RMU) |
| ) | |
| AHMED S.J. AL NASER, MUNA S.M.N. ) | |
| AL NAJADI, and STATE OF KUWAIT, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## **ORDER**

The Court, having considered Plaintiff Regina M. Leo's Motion for Voluntary Dismissal with Prejudice determines that the request is justified. Accordingly, the Court **GRANTS** Ms. Leo's Motion to Dismiss with Prejudice. **IT IS SO ORDERED.**

_____
United States District Judge

Dated: _____